# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 1, 2008

128864

PATRICIA A. PAPPAS, Personal
Representative of the Estate of
Florinda C. Pappas, Deceased,
             Plaintiff-Appellee,

v

BORTZ HEALTH CARE FACILITIES,
INC., and WARREN GERIATRIC
VILLAGE, INC., d/b/a BORTZ HEALTH
CARE OF WARREN,
             Defendants-Appellants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128864
COA: 251144
Macomb CC: 2003-002446-NH

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 1, 2008

_____
Clerk

p0729